B1 (Official Form 1)  (4/10)

<table>
<tr><td colspan="2"><strong>United States Bankruptcy Court<br>District of Colorado</strong></td><td><strong>Voluntary Petition</strong></td></tr>
</table>

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Colorado Sports Group, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-3602443** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**16240 Old Denver Highway<br>Monument, CO**<br><br>ZIPCODE **80132** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**El Paso** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**16240 Old Denver Highway, Monument, CO**　　　　ZIPCODE **80132** | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                      Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Colorado Sports Group, LLC** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. <br><br> X _____ <br>        Signature of Attorney for Debtor(s)           Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

*(Name of landlord or lessor that obtained judgment)*

_____

*(Address of landlord or lessor)*

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                      Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Colorado Sports Group, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Matthew T. Faga*
Signature of Attorney for Debtor(s)

**Matthew T. Faga 41132**
**Sender & Wasserman, P.C.**
**1660 Lincoln St. Suite 2200**
**Denver, CO  80264**
**(303) 296-1999  Fax: (303) 296-7600**
**faga@sendwass.com**

**October 12, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Gary Dylewski*
Signature of Authorized Individual

**Gary Dylewski**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**October 12, 2011**
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Colorado

IN RE:                                                   Case No. _____

**Colorado Sports Group, LLC** _____   Chapter **11** _____

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

## 1. Income from employment or operation of business

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 587,029.00 | Gross income - 2009 Federal and State Income Tax Returns |
| 621,540.00 | Gross income - 2010 Federal and State Income Tax Returns |
| 439,724.73 | Estimated gross income - 2011 (1/1/11 through 10/11/11 from most recent income statement) |

---

## 2. Income other than from employment or operation of business

None   ☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 3. Payments to creditors
### *Complete a. or b., as appropriate, and c.*

None   ☑

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

<sup>None</sup> *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Colorado Hockey Club**<br>**PO Box 153**<br>**Momument, CO  80132** | **September 1, 2011 ($5,000) and**<br>**October 1, 2011 ($5,000).** | **10,000.00** | **0.00** |

**The Debtor provided two $5,000 credits toward Colorado Hockey Club's outstanding invoice for scheduled ice time on the rink.  The two credits reflected the remaining amounts owed to Colorado Hockey Club as payment on a $20,000 loan used to purchase the 1997 Zamboni.**

| | | | |
|---|---|---|---|
| **Glaser Gas**<br>**215 Auburn Drive**<br>**Colorado Springs, CO  80909** | **8/2/2011 (2,236.61); 9/6/2011**<br>**($2,397.79); and  9/29/2011**<br>**($1,680.13).** | **6,314.53** | **0.00** |

**Utilities.**

| | | | |
|---|---|---|---|
| **Mountain View Electric**<br>**P.O. Box 1600**<br>**Limon, CO  80828-1600** | **7/18/2011 ($6,561); 8/2/2011 ($522);**<br>**8/25/2011 ($8,080); 9/23/2011**<br>**($9,218.24); 9/29/2011 ($379); and**<br>**10/10/2011 ($8,251).** | **33,011.24** | **0.00** |

**Utilities.**

| | | | |
|---|---|---|---|
| **Silver & DeBoskey, P.C.**<br>**Attn: Tom Haskins**<br>**1801 York Street**<br>**Denver, CO  80206** | **7/18/2011 ($2,000); 9/23/2011**<br>**($2,000); and 9/29/2011 ($2,000).** | **6,000.00** | **24,499.93** |
| **Skate Pro Consulting, LLC**<br>**2261 Fieldcrest Drive**<br>**Colorado Springs, CO 80921** | **7/16/2011 ($2,083.33); 8/1/2011**<br>**($2,083.33); 8/16/2011 ($2,083.33);**<br>**9/1/2011 ($2,083.33); 9/15/2011**<br>**($2,083.33); 10/1/2011 ($2,083.33);**<br>**and10/4/2011 ($2,083.33).** | **14,583.31** | **0.00** |

**Contract Laborer.**

| | | | |
|---|---|---|---|
| **Pikes Peak F.K., LLC**<br>**P.O. Box 801**<br>**Palmer Lake, CO  80133** | **7/16/2011 ($1,540); 8/1/2011 ($1,540);**<br>**8/16/2011 ($1,540); 9/1/2011 ($1,540);**<br>**9/15/2011 ($1,540); 10/1/2011**<br>**($1,540); and 10/10/2011 ($1,540).** | **10,780.00** | **0.00** |

**Contract Laborer.**

| | | | |
|---|---|---|---|
| **Retaxes, LLC**<br>**Attn: Bob Hoff**<br>**535 Paseo Solaz**<br>**Green Valley, AZ  85614** | **7/19/2011** | **5,000.00** | **5,000.00** |

**Payment Agreement dated May 17, 2011 between Retaxes, LLC and the Debtor to appeal the real estate tax valuation for 2009 through 2011 for the total amount of $10,000.  The Debtor paid $5,000 on 7/19/2011, and the remaining $5,000 shall be paid upon the completion of the services to be provided by Retaxes, LLC.**

<sup>None</sup> *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors
☑ who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

<sup>None</sup> a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **National Recreation Systems,**<br>**Inc. v. Colorado Sports Group,** | **Dispute over bleachers** | **El Paso County District Court,**<br>**Colorado** | **Order Entering**<br>**Judgment against the** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| LLC; Case No. 2008CV4512 | | 270 S. Tejon<br>Colorado Springs, CO 80901 | Debtor entered on April 1, 2009 in the amount of $14,738.38 |
|---|---|---|---|
| Vertical Fitness, Inc. v. Colorado Sports Group, LLC; Arbitration No. 2011-0149A | Dispute over terminated lease agreement between the parties. | Judicial Arbiter Group, Inc.<br>90 South Cascade Avenue, Suite 1130<br>Colorado Springs, CO 80903 | Arbitration hearing scheduled for October 24, 2011. |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **California Bank and Trust<br>21800 Burbank Blvd #160<br>Woodland Hills, CA  91367** | **October 26, 2011** | **Debtor's principal place of business, 16240 Old Denver Highway.** |

**This foreclosure action was filed June 28, 2011. Foreclosure sale #EPC201101652 is scheduled by the El Paso County Public Trustee for October 26, 2011,  and the sale is currently is pending.**

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sender & Wasserman, P.C.<br>1660 Lincoln Street, Suite 2200<br>Denver, CO  80264** | **7/22/11 and 10/4/11** | **37,007.00** |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Big House Sports** **2660 Vickers** **Colorado Springs, CO  80918** **Third-Party Buyer** | **10/3/2011** | **Sport Court sold for market value, sale price was $9,000** |

None ☑   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Gary R. Dylewski & Lynne Dylewski** **10226 Pine Glade Drive** **Colorado Springs, CO  80920** | **Oreck vacuum cleaner and the following snack bar furniture: wooden tables and chairs; black upholstered chairs; black stacking chairs; and wooden hutch.  Value is $5,000.** | **Debtor's principal place of business.** |
| **Al Pedersen** | **ShopVac. Value is $50.** | **Debtor's principal place of business.** |
| **365 Performance** **Attn: Andrew Sherman** **13883 Firefall Court** **Colorado Springs, CO  80921** | **Personal property in rented strength and conditioning 2800 sq. ft. leased space except the flooring, but including locker room space.** | **Debtor's principal place of business.** |

## 15. Prior address of debtor

None ☑   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

| None | |
|---|---|
| ☑ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

| None | |
|---|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

| None | |
|---|---|
| ☐ | a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Lynne Dylewski**<br>**10226 Pine Glade Drive**<br>**Colorado Springs, CO  80920** | **2008 to present.** |
| **Speed & Company CPAS LLC**<br>**Attn: Geoff C. Bradshaw, CPA**<br>**4740 Flintridge Drive, Suite 222**<br>**Colorado Springs, CO  90918-4273** | **Accountant for the Debtor from 2009 to the present; prepared 2009 and 2010 tax returns.** |

| None | |
|---|---|
| ☐ | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |

NAME AND ADDRESS                                        DATES SERVICES RENDERED

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Lynne Dylewski**                                   **2008 to present.**
**10226 Pine Glade Drive**
**Colorado Springs, CO  80920**

---

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Lynne Dylewski**
**10226 Pine Glade Drive**
**Colorado Springs, CO  80920**

---

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

---

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Raymond L. Marshall**<br>**P.O. Box 2448**<br>**Breckenridge, CO  80424-2448** | **Member/Chairman** | **51%** |
| **Steven T. Paiement**<br>**8055 Table Mesa Way**<br>**Colorado Springs, CO  80919** | **Member** | **20%** |
| **Terry Mark Miller**<br>**1705 Smoke Ridge Drive**<br>**Colorado Springs, CO  80910** | **Member** | **12%** |
| **Gary R. Dylewski**<br>**10226 Pine Glade Drive**<br>**Colorado Springs, CO  80920** | **Manager/Member** | **12%** |
| **Barry Patterson**<br>**2830 Avondale Drive**<br>**Colorado Springs, CO  80917** | **Member** | **5%** |

---

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

---

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 12, 2011**                    Signature: **/s/ Gary Dylewski**

**Gary Dylewski, Manager**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                             Case No. _____

**Colorado Sports Group, LLC** _____   Chapter **11** _____

                           Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 2,400,000.00 | | |
| B - Personal Property | Yes | 3 | $ 154,263.75 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 3,997,439.61 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 10,650.17 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 98,505.55 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 16 | $ 2,554,263.75 | $ 4,106,595.33 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Colorado Sports Group, LLC** _____   Case No. _____
_____
Debtor(s)                                          (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **16240 Old Denver Highway, Monument, Colorado 80132 (land, buildings, ice rink, turf rink, all improvements, and all fixtures, including but not limited to all boards, glass chillers, bleachers and game clocks).** | | | **2,400,000.00** | **3,997,439.61** |
| | | **TOTAL** | **2,400,000.00** | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Colorado Sports Group, LLC**                                      Case No. _____
_____
                    Debtor(s)                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash in register.** | | **100.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account - Chase** | | **6,471.20** |
| | | **Savings account - CNB (negative balance of $93.25)** | | **0.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Colorado Sports Group, LLC**                                      Case No. _____
_____
        Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable** | | 68,497.71 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office chairs, stools, desks, round bistro tables, and long tables.** | | 3,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **1997 Zamboni, propane engine (Equipment ID# 5797).** | | 20,000.00 |
| | | **1998 Zamboni, electric engine; needs new battery (Equipment ID# 6183).** | | 15,000.00 |
| | | **Floor cleaner/buffer.** | | 1,000.00 |
| | | **Miscellaneous hockey equipment (donated for Learn to Play Hockey program).** | | 2,500.00 |
| | | **Rubber flooring.** | | 5,000.00 |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Colorado Sports Group, LLC**                                    Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Claim against BNSF for damages caused to Debtor's property in summer of 2011.** | | **2,500.00** |
| | | **Claim against K & A Mechanical/Roto-Rooter Services Company for damages caused to Debtor's sewer system.** | | **4,190.01** |
| | | **Claim in the amount of $26,004.83 against Vertical Fitness, Inc. for outstanding amounts owed under previous lease agreement, including but not limited to cleaning fees and unpaid utilities bills, plus attorneys' fees.  The Debtor is holding a $5,000 security deposit in connection with the previous lease, pending the onging dispute.** | | **26,004.83** |

TOTAL     **154,263.75**

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Colorado Sports Group, LLC** _____    Case No. _____
                          Debtor(s)                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D)(12/07)**

**IN RE** **Colorado Sports Group, LLC** _____   Case No. _____
_____
Debtor(s)                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0001**<br><br>**California Bank and Trust**<br>**21800 Burbank Blvd #160**<br>**Woodland Hills, CA  91367** | X | | **Promissory Note dated 3/30/06 secured by 1st DOT against Debtor's real property recorded on 4/3/2006.  Obligations personally guaranteed by four members of the Debtor.**<br>VALUE $ **2,440,500.00** | | | | **1,991,656.38** | **30,553.44** |
| ACCOUNT NO.<br><br>**William M. Banta, Esq.**<br>**8101 East Prentice Avenue**<br>**Suite 650**<br>**Englewood, CO  80111** | | | **Assignee or other notification for:**<br>**California Bank and Trust**<br>VALUE $ | | | | | |
| ACCOUNT NO. **4004**<br><br>**El Paso County Treasurer**<br>**27 E. Vermijo Ave, 1st Floor**<br>**Colorado Springs, CO  80903** | | | **2006, 2007, 2008, 2009, 2010 property taxes.**<br>VALUE $ **2,400,000.00** | | | | **479,397.06** | |
| ACCOUNT NO.<br><br>**The Germain Investment Company**<br>**Attn: John Richardson**<br>**1825 Lawrence Street, Suite 112**<br>**Denver, CO  80202** | | | **Assignee or other notification for:**<br>**El Paso County Treasurer**<br>VALUE $ | | | | | |

_____ **1** continuation sheets attached

Subtotal (Total of this page) $ **2,471,053.44** $ **30,553.44**

Total (Use only on last page) $ _____ $ _____

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Colorado Sports Group, LLC** _____   Case No. _____

Debtor(s)                                                                            (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4506** <br><br>**Small Business Administration** <br>**2719 North Air Fresno Dr., Suite 107** <br>**Fresno, CA  93727** | X | | **Promissory Note dated 3/30/06 secured by 2nd DOTagainst Debtor's real property, recorded on 4/3/2006.  Debt personally guaranteed by Raymond Marshall.** <br><br>VALUE $ **2,440,500.00** | | | | **1,140,518.20** | **1,140,518.20** |
| ACCOUNT NO. <br><br>**TTGY, LLC** <br>**Attn: Steve Yates, Manager** <br>**19015 Royal Archers Lane** <br>**Monument, CO  80132** | X | | **Promissory Note dated 3/30/06 secured by 3rd DOTagainst Debtor's real property, recorded on 4/3/2006.  Debt personally guaranteed by Raymond Marshall.** <br><br>VALUE $ **2,400,000.00** | | | | **385,867.97** | **385,867.97** |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |

Sheet no. _____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal <br>(Total of this page) | $ **1,526,386.17** | $ **1,526,386.17** |
|---|---|---|---|
|  | Total <br>(Use only on last page) | $ **3,997,439.61** | $ **1,556,939.61** |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

**IN RE** **Colorado Sports Group, LLC**                    Case No. _____
                    Debtor(s)                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

**IN RE** Colorado Sports Group, LLC        Case No. _____

             Debtor(s)                         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**El Paso County Treasurer**<br>**27 E. Vermijo Ave., 1st floor**<br>**Colorado Springs, CO 80903** | | | **2009 and 2010 personal property taxes.** | | | | 10,650.17 | 10,650.17 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

                           Subtotal
(Totals of this page)    $ **10,650.17**    $ **10,650.17**    $

                           Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **10,650.17**

                           Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ **10,650.17**    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Colorado Sports Group, LLC
_____  Case No. _____
            Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Art of Engineering**<br>**5360 Galena Dr.**<br>**Colorado Springs, CO 80918** | | | | | | | **675.00** |
| ACCOUNT NO. <br><br>**Aspen Glass**<br>**3915 Van Teylingen**<br>**Colorado Springs, CO 80917** | | | | | | | **2,944.40** |
| ACCOUNT NO. <br><br>**Chase**<br>**PO Box 94014**<br>**Palatine, IL 60094-4014** | | | Credit card debt. | | | | **0.00** |
| ACCOUNT NO. **9657**<br><br>**Dex Media East, LLC**<br>**1001 Winstead Drive**<br>**Cary, NC 27513** | | | | X | X | X | **5,361.84** |

___**3**___ continuation sheets attached

Subtotal
(Total of this page) $  **8,981.24**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

**IN RE** Colorado Sports Group, LLC _____   Case No. _____
                          Debtor(s)                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Law Offices Of Ross Gelfand**<br>**Attn: Ross Gelfand**<br>**PO Box 1870**<br>**Roswell, GA  30077** | | | Assignee or other notification for:<br>**Dex Media East, LLC** | | | | |
| ACCOUNT NO.<br>**Emalfarb, Swan and Bain**<br>**440 Central Ave**<br>**Highland Park, IL  60035** | | | | | | | **1,551.00** |
| ACCOUNT NO.<br>**Glaser Gas**<br>**215 Auburn Drive**<br>**Colorado Springs, CO  80909** | | | Utilities. | | | | **0.00** |
| ACCOUNT NO.<br>**Kellin Communications**<br>**C/O Windfield Enterprises, LLC**<br>**6203 Valley Hi Road**<br>**Larkspur, CO  80118** | | | Telephone/Internet Utilities. | | | | **0.00** |
| ACCOUNT NO.<br>**LADCO Leasing**<br>**555 St. Charles Drive Suite 200**<br>**Thousand Oaks, CA  91360** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**MCC Construction**<br>**7010 Hazlewood Ln**<br>**Colorado Springs, CO  80918** | | | | | | | **7,037.50** |
| ACCOUNT NO.<br>**Mountain View Electric**<br>**P.O. Box 1600**<br>**Limon, CO  80828-1600** | | | Electric Utilities. | | | | **0.00** |

Sheet no. ____**1**____ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **8,588.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

**IN RE** Colorado Sports Group, LLC
_____   Case No. _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **National Recreation Systems, Inc.** <br> **P.O. Box 11486** <br> **Fort Wayne, IN 46858** | | | **4/1/2009 Judgment** | | | | 14,738.38 |
| ACCOUNT NO. <br> **Nicholas Tremaroli C/O Chris Tremaroli** <br> **Tremaroli & Tremaroli, P.C.** <br> **1025 West Fillmore, Suite D** <br> **Colorado Springs, CO 80907** | | | **Injury report filed 2/11/11 and notice of personal injury claim in the alleged disputed amount of $10,000 dated 3/7/11 sent to the Debtor.** | X | X | X | 0.00 |
| ACCOUNT NO. <br> **Pikes Peak F.K., LLC** <br> **P.O. Box 801** <br> **Palmer Lake, CO 80133** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **R & D Universal Solutions** <br> **7010 Hazelwood Ln** <br> **Colorado Springs, CO 80918** | | | | | | | 8,500.00 |
| ACCOUNT NO. <br> **Retaxes, LLC** <br> **Attn: Bob Hoff** <br> **535 Paseo Solaz** <br> **Green Valley, AZ 85614** | | | **Payment Agreement dated May 17, 2011 between Retaxes, LLC and the Debtor. The remaining $5,000 shall be paid upon the completion of the services to be provided by Retaxes, LLC.** | | | | 5,000.00 |
| ACCOUNT NO. <br> **Scenic View Landscaping** <br> **1916 Aerotech Dr.** <br> **Colorado Springs, CO 80916** | | | | | | | 3,197.50 |
| ACCOUNT NO. <br> **Silver & DeBoskey, P.C.** <br> **Attn: Tom Haskins** <br> **1801 York Street** <br> **Denver, CO 80206** | | | **Legal fees incurred in connection with arbitration against Vertical Fitness, Inc.** | | | | 24,499.93 |

Sheet no. **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **55,935.81**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Colorado Sports Group, LLC                                        Case No. _____
_____
                              Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Skate Pro Consulting, LLC** **2261 Fieldcrest Drive** **Colorado Springs, CO 80921** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Spy Enterprises, LLC** **Attn: Steve Yates** **19015 Royal Archers Lane** **Monument, CO 80132** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Steven T. Paiement** **8055 Table Mesa Way** **Colorado Springs, CO 80919** | | | | | | | 25,000.00 |
| ACCOUNT NO. | X | | | | | | |
| **The Active Network** **10182 Telesis Court, 1st Floor** **San Diego, CA 92121** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **TST Media, LLC** **1400 Van Buren Street NE, Suite 200** **Minneapolis, MN 55413** | | | | | | | 0.00 |
| ACCOUNT NO. | | | Alleged unsecured claim against Debtor made in connection with pending arbitration. Subject to Setoff | X | X | X | |
| **Vertical Fitness, Inc.** **Attn: Lara & Joseph Groshong** **21 N. Nevada Ave** **Colorado Springs, CO 80903** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**3**____ of ____**3**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **25,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ **98,505.55**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6G (Official Form 6G)(12/07)**

**IN RE** Colorado Sports Group, LLC _____   Case No. _____
            Debtor(s)                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Spy Enterprises, LLC**<br>**Attn: Steve Yates**<br>**19015 Royal Archers Lane**<br>**Monument, CO  80132** | **Contractor Agreement dated June 7, 2007.** |
| **LADCO Leasing**<br>**555 St. Charles Drive Suite 200**<br>**Thousand Oaks, CA  91360**<br><br>**Gary R. Dylewski**<br>**(Guarantor)**<br>**10226 Pine Glade Drive**<br>**Colorado Springs, CO  80920** | **Equipment Finance Lease dated 11/6/2009 between LADCO Leasing (lessor) and the Debtor (lessee) for a bank card machine for a term of 48 months.  The Monthly payment on the lease is $9.** |
| **Colorado Rampage**<br>**Attn: Andrew Sherman**<br>**13883 Firefall Court**<br>**Colorado Springs, CO  80921** | **Facility Lease Agreement dated April 1, 2010 between the Debtor (lessor) and Colorado Rampage (lessee) for ice rental time located at the Debtor's principal place of business.** |
| **The Active Network**<br>**10182 Telesis Court, 1st Floor**<br>**San Diego, CA  92121** | **Hosted Software & Services Agreement dated 2/3/2011 between The Active Network (lessor) and the Debtor (lessee) for hosted software products for a three year term.  The annual subscription fee is $2,700.** |
| **365 Performance**<br>**Attn: Andrew Sherman**<br>**13883 Firefall Court**<br>**Colorado Springs, CO  80921** | **Lease agreement dated August 25, 2007 between the Debtor (lessor) and 365 Performance (lessee) to lease the 2800 sq. ft. strength and conditioning space from 9/1/2007 through 8/31/2017.  The monthly rent payment is currently $1,300, and subject to a yearly increase of 3% per year startin on 9/1/2012.** |
| **Winchester Company Of Tennessee**<br>**319 Queens Drive**<br>**Mt. Juliet, TN  37122**<br><br>**Barry Patterson**<br>**(Guarantor)**<br>**2830 Avondale Drive**<br>**Colorado Springs, CO  80917**<br><br>**Gary R. Dylewski**<br>**(Guarantor)**<br>**10226 Pine Glade Drive**<br>**Colorado Springs, CO  80920**<br><br>**Terry Mark Miller**<br>**(Guarantor)**<br>**1705 Smoke Ridge Drive**<br>**Colorado Springs, CO  80910** | **Master Lease Agreement and Schedules, and Addendum to Lease, dated September 9, 2011 between the Debtor (lessor) and Winchester Company of Tennessee (lessee) to lease 13,00 den. 44oz Mattex Sports Turf/Rubber for a term of 48 months.  The Monthly rent payment is $1,440.11 plus tax.** |
| **Retaxes, LLC**<br>**Attn: Bob Hoff**<br>**535 Paseo Solaz**<br>**Green Valley, AZ  85614** | **Payment Agreement dated May 17, 2011 between Retaxes, LLC and the Debtor to appeal the real estate tax valuation for 2009 through 2011 for the total amount of $10,000.  The Debtor paid $5,000 on 7/19/2011, and the remaining $5,000 shall be paid upon the completion of the services to be provided by Retaxes, LLC.** |
| **TST Media, LLC**<br>**1400 Van Buren Street NE, Suite 200**<br>**Minneapolis, MN  55413** | **Website Hosting Agreement dated 9/20/2010 between TST Media, LLC (lessor) and the Debtor (lessee) for website hosting support and maintenance.  The monthly hosting fee** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07)**

IN RE **Colorado Sports Group, LLC** _____    Case No. _____
                                   Debtor(s)                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gary R. Dylewski**<br>**10226 Pine Glade Drive**<br>**Colorado Springs, CO  80920** | **California Bank and Trust**<br>**21800 Burbank Blvd #160**<br>**Woodland Hills, CA  91367**<br><br>**The Active Network**<br>**10182 Telesis Court, 1st Floor**<br>**San Diego, CA  92121** |
| **Raymond L. Marshall**<br>**P.O. Box 2448**<br>**Breckenridge, CO  80424-2448** | **California Bank and Trust**<br>**21800 Burbank Blvd #160**<br>**Woodland Hills, CA  91367**<br><br>**Small Business Administration**<br>**2719 North Air Fresno Dr., Suite 107**<br>**Fresno, CA  93727**<br><br>**TTGY, LLC**<br>**Attn: Steve Yates, Manager**<br>**19015 Royal Archers Lane**<br>**Monument, CO  80132** |
| **Steven T. Paiement**<br>**8055 Table Mesa Way**<br>**Colorado Springs, CO  80919** | **California Bank and Trust**<br>**21800 Burbank Blvd #160**<br>**Woodland Hills, CA  91367** |
| **Terry Mark Miller**<br>**1705 Smoke Ridge Drive**<br>**Colorado Springs, CO  80910** | **California Bank and Trust**<br>**21800 Burbank Blvd #160**<br>**Woodland Hills, CA  91367** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Colorado Sports Group, LLC _____   Case No. _____

_____

Debtor(s)                                                                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

Debtor

Date: _____        Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer         Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____

Address

_____        _____

Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Colorado Sports Group, LLC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**17**_____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 12, 2011** _____        Signature: */s/ Gary Dylewski* _____

**Gary Dylewski** _____

(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## District of Colorado

**IN RE:**

Case No. _____

**Colorado Sports Group, LLC** _____     Chapter **11** _____

<span>Debtor(s)</span>

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **October 12, 2011** _____     Signature: ***/s/ Gary Dylewski*** _____

                                            **Gary Dylewski, Manager**                                      Debtor


Date: _____     Signature: _____

                                                                              Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

365 Performance
Attn: Andrew Sherman
13883 Firefall Court
Colorado Springs, CO   80921


Art of Engineering
5360 Galena Dr.
Colorado Springs, CO   80918


Aspen Glass
3915 Van Teylingen
Colorado Springs, CO   80917


Barry Patterson
2830 Avondale Drive
Colorado Springs, CO   80917


Barry Patterson
(Guarantor)
2830 Avondale Drive
Colorado Springs, CO   80917


California Bank and Trust
21800 Burbank Blvd #160
Woodland Hills, CA   91367


Chase
PO Box 94014
Palatine, IL   60094-4014


Colorado Rampage
Attn: Andrew Sherman
13883 Firefall Court
Colorado Springs, CO   80921

```
Dex Media East, LLC
1001 Winstead Drive
Cary, NC  27513


El Paso County Public Trustee
Attn: Thomas S. Mowle, Public Trustee
105 East Vermijo, Suite 101
Colorado Springs, CO  80903


El Paso County Treasurer
27 E. Vermijo Ave., 1st floor
Colorado Springs, CO  80903


El Paso County Treasurer
27 E. Vermijo Ave, 1st Floor
Colorado Springs, CO  80903


Emalfarb, Swan and Bain
440 Central Ave
Highland Park, IL  60035


Gary R. Dylewski
10226 Pine Glade Drive
Colorado Springs, CO  80920


Gary R. Dylewski
(Guarantor)
10226 Pine Glade Drive
Colorado Springs, CO  80920


Glaser Gas
215 Auburn Drive
Colorado Springs, CO  80909
```

Judicial Arbiter Group, Inc.
Attn: Steve Pelican
90 South Cascade Avenue, Suite 1130
Colorado Springs, CO  80903


Kellin Communications
C/O Windfield Enterprises, LLC
6203 Valley Hi Road
Larkspur, CO  80118


LADCO Leasing
555 St. Charles Drive Suite 200
Thousand Oaks, CA  91360


Law Offices Of Brandon R. Ceglian PC
Attn: Brandon R. Ceglian
1745 Shea Center Drive, Suite 400
Highlands Ranch, CO  80129


Law Offices Of Ross Gelfand
Attn: Ross Gelfand
PO Box 1870
Roswell, GA  30077


MCC Construction
7010 Hazlewood Ln
Colorado Springs, CO  80918


Mountain View Electric
P.O. Box 1600
Limon, CO  80828-1600


National Recreation Systems, Inc.
P.O. Box 11486
Fort Wayne, IN  46858

```
Nicholas Tremaroli C/O Chris Tremaroli
Tremaroli & Tremaroli, P.C.
1025 West Fillmore, Suite D
Colorado Springs, CO  80907


Pikes Peak F.K., LLC
P.O. Box 801
Palmer Lake, CO  80133


R & D Universal Solutions
7010 Hazelwood Ln
Colorado Springs, CO  80918


Raymond L. Marshall
P.O. Box 2448
Breckenridge, CO  80424-2448


Retaxes, LLC
Attn: Bob Hoff
535 Paseo Solaz
Green Valley, AZ  85614


Roto-Rooter Services Company
Attn: Pat Swanson
255 East 5th St, 2500 Chemed Center
Cincinnati, OH  45202


Scenic View Landscaping
1916 Aerotech Dr.
Colorado Springs, CO  80916


Silver & DeBoskey, P.C.
Attn: Tom Haskins
1801 York Street
Denver, CO  80206
```

Skate Pro Consulting, LLC
2261 Fieldcrest Drive
Colorado Springs, CO  80921


Small Business Administration
2719 North Air Fresno Dr., Suite 107
Fresno, CA  93727


Spy Enterprises, LLC
Attn: Steve Yates
19015 Royal Archers Lane
Monument, CO  80132


Steven T. Paiement
8055 Table Mesa Way
Colorado Springs, CO  80919


Terry Mark Miller
1705 Smoke Ridge Drive
Colorado Springs, CO  80910


Terry Mark Miller
(Guarantor)
1705 Smoke Ridge Drive
Colorado Springs, CO  80910


The Active Network
10182 Telesis Court, 1st Floor
San Diego, CA  92121


The Germain Investment Company
Attn: John Richardson
1825 Lawrence Street, Suite 112
Denver, CO  80202

```
TST Media, LLC
1400 Van Buren Street NE, Suite 200
Minneapolis, MN  55413



TTGY, LLC
Attn: Steve Yates, Manager
19015 Royal Archers Lane
Monument, CO  80132



Vertical Fitness, Inc.
Attn: Lara & Joseph Groshong
21 N. Nevada Ave
Colorado Springs, CO  80903



William M. Banta, Esq.
8101 East Prentice Avenue
Suite 650
Englewood, CO  80111



Winchester Company Of Tennessee
319 Queens Drive
Mt. Juliet, TN  37122
```

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Colorado

IN RE:                                                                    Case No. _____

**Colorado Sports Group, LLC**                                           Chapter **11**
_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address<br>including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Small Business Administration**<br>**2719 North Air Fresno Dr., Suite 107**<br>**Fresno, CA  93727** | **Jasmine Williams**<br>**(559) 487-5136** | | | 1,140,518.20<br>Collateral:<br>2,440,500.00<br>Unsecured:<br>1,140,518.20 |
| **TTGY, LLC**<br>**Attn: Steve Yates, Manager**<br>**19015 Royal Archers Lane**<br>**Monument, CO  80132** | **Steve Yates**<br>**(719) 237-8832** | | | 385,867.97<br>Collateral:<br>2,400,000.00<br>Unsecured:<br>385,867.97 |
| **California Bank and Trust**<br>**21800 Burbank Blvd #160**<br>**Woodland Hills, CA  91367** | **Christine From**<br>**(818) 251-2517** | | | 1,991,656.38<br>Collateral:<br>2,440,500.00<br>Unsecured:<br>30,553.44 |
| **Steven T. Paiement**<br>**8055 Table Mesa Way**<br>**Colorado Springs, CO  80919** | | | | 25,000.00 |
| **Silver & DeBoskey, P.C.**<br>**Attn: Tom Haskins**<br>**1801 York Street**<br>**Denver, CO  80206** | | | | 24,499.93 |
| **National Recreation Systems, Inc.**<br>**P.O. Box 11486**<br>**Fort Wayne, IN  46858** | **(260) 482-6023** | | | 14,738.38 |
| **El Paso County Treasurer**<br>**27 E. Vermijo Ave., 1st floor**<br>**Colorado Springs, CO  80903** | **(719) 520-6666** | | | 10,650.17 |
| **R & D Universal Solutions**<br>**7010 Hazelwood Ln**<br>**Colorado Springs, CO  80918** | **(719) 592-0157** | | | 8,500.00 |
| **MCC Construction**<br>**7010 Hazelwood Ln**<br>**Colorado Springs, CO  80918** | **(719) 592-0157** | | | 7,037.50 |
| **Dex Media East, LLC**<br>**1001 Winstead Drive**<br>**Cary, NC  27513** | **Law Offices Of Ross Gelfand**<br>**Attn: Ross Gelfand**<br>**PO Box 1870**<br>**Roswell, GA  30077**<br>**(770) 840-8482** | | **Contingent**<br>**Unliquidated**<br>**Disputed** | 5,361.84 |
| **Retaxes, LLC**<br>**Attn: Bob Hoff**<br>**535 Paseo Solaz**<br>**Green Valley, AZ  85614** | | | | 5,000.00 |
| **Scenic View Landscaping**<br>**1916 Aerotech Dr.**<br>**Colorado Springs, CO  80916** | **(719) 528-5864** | | | 3,197.50 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Aspen Glass** | | **2,944.40** |
| **3915 Van Teylingen** | **(719) 570-1200** | |
| **Colorado Springs, CO  80917** | | |

| | | |
|---|---|---|
| **Emalfarb, Swan and Bain** | | **1,551.00** |
| **440 Central Ave** | **(847) 432-6900** | |
| **Highland Park, IL  60035** | | |

| | | |
|---|---|---|
| **Art of Engineering** | | **675.00** |
| **5360 Galena Dr.** | **(719) 528-1557** | |
| **Colorado Springs, CO  80918** | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **October 12, 2011**          Signature:  ***/s/ Gary Dylewski***

**Gary Dylewski, Manager**

(Print Name and Title)

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                              Case No. _____

Colorado Sports Group, LLC _____   Chapter **11** _____
                                  Debtor(s)

**LIST OF EQUITY SECURITY HOLDERS**

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Barry Patterson**<br>**2830 Avondale Drive**<br>**Colorado Springs, CO  80917** | **5** | **Member** |
| **Gary R. Dylewski**<br>**10226 Pine Glade Drive**<br>**Colorado Springs, CO  80920** | **12** | **Manager** |
| **Raymond L. Marshall**<br>**P.O. Box 2448**<br>**Breckenridge, CO  80424-2448** | **51** | **Member** |
| **Steven T. Paiement**<br>**8055 Table Mesa Way**<br>**Colorado Springs, CO  80919** | **20** | **Member** |
| **Terry Mark Miller**<br>**1705 Smoke Ridge Drive**<br>**Colorado Springs, CO  80910** | **12** | **Member** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only